**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 23-6121

WARREN MATHEW GIDDINGS,

Plaintiff - Appellant,

v.

CORRECTIONAL OFFICER CHARRIEZ, MCTC, Hagerstown, MD; CORRECTIONAL OFFICER GRUBBS, MCTC, Hagerstown, MD; CORRECTIONAL OFFICER BARGER, MCTC, Hagerstown, MD; CORRECTIONAL OFFICER BOWERS, MCTC, Hagerstown, MD; CORRECTIONAL OFFICER STEWART, MCTC, Hagerstown, MD; MCTC OFFICER; DR. JERRY ANN HUNTER, MCI-H Doctor; DR. ERWIN ALDANA, MCI-H Medical Director/Supervisor; CORIZON STAFF; CORRECTIONAL OFFICER DURBORAW; CORIZON HEALTH, INC.,

Defendants - Appellees.

Appeal from the United States District Court for the District of Maryland, at Baltimore. George Jarrod Hazel, District Judge.  (1:21-cv-02735-GJH)

Submitted:  July 30, 2024                    Decided:  August 16, 2024

Before NIEMEYER, RUSHING, and HEYTENS, Circuit Judges.

Affirmed as modified in part by unpublished per curiam opinion.

Warren Mathew Giddings, Appellant Pro Se.  Megan Trocki Mantzavinos, MARKS, O'NEILL, O'BRIEN, DOHERTY & KELLY, P.C., Towson, Maryland, for Appellees Dr.

Jerry Ann Hunter, Dr. Erwin Aldana, Corizon Staff, and Corizon Health, Inc.

_____

Unpublished opinions are not binding precedent in this circuit.

2

PER CURIAM:

Warren Mathew Giddings appeals the district court's order granting summary judgment to various prison officials at the Maryland Correctional Training Center (the "Correctional Defendants"), as well as Corizon Health, Inc. ("Corizon"), and two individual doctors, on Giddings' claims raised pursuant to 42 U.S.C. § 1983. On appeal, Corizon has filed a suggestion of bankruptcy and notice of automatic stay informing this court that it commenced Chapter 11 bankruptcy proceedings in February 2023. The automatic stay precludes us from reviewing the district court's disposition of Giddings' claim against Corizon.

As to the district court's disposition of Giddings' claims against the remaining Defendants, we have reviewed the record and find no reversible error. Accordingly, we grant Giddings' motion to proceed under the Prison Litigation Reform Act (PLRA), and we affirm the district court's order as to all defendants except Corizon. *Giddings v. Charriez*, No. 1:21-cv-02735-GJH (D. Md. Jan. 31, 2023). Because the court found that Giddings failed to exhaust his administrative remedies with respect to his claims against the Correctional Defendants, we modify the district court's ruling on those claims to render it a dismissal without prejudice. *See Ali v. Hogan*, 26 F.4th 587, 600 (4th Cir. 2022); *Moss v. Harwood*, 19 F.4th 614, 623 n.3 (4th Cir. 2021).

We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED AS MODIFIED IN PART*

3